Certificate Number: 03915-FLM-CC-011749782



03915-FLM-CC-011749782

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 23, 2010</u>, at <u>2:50</u> o'clock <u>PM EDT</u>, <u>Mary Johnson Crooks</u> received from <u>Family Life Resources, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Middle District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>July 23, 2010</u>            By:    <u>/s/Mary K Dillman</u>

Name:  <u>Mary K Dillman</u>

Title:  <u>Vice President</u>

Digitally signed by Mary Dillman
DN: cn=Mary Dillman, o,
ou=Family Life Resources,
email=mdillman@flministry.com
Date: 2010.07.31 13:29:03 -04'00'

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).