# United States Bankruptcy Court
## Middle District of Florida

In re   **Mary Johnson Crooks**  
_____  
Debtor(s)

Case No. _____  
Chapter   **7**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, ____**Mary Johnson Crooks**____, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Mary Johnson Crooks_  
Mary Johnson Crooks  
Signature of Debtor  
or other claimant

### Verified Document(s):

**Full Descriptive Title**  
Voluntary Petition, Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Notice to Consumer Debtor, Statement of Intention, Verification of Mailing Matrix, Statement of Social Security Number, Statement of Income

**Date Executed**  
11-9-10