[8comp521] [ORDER DETERMINING DEBTOR'S COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                   Case No. 8:10–bk–27130–CED
                                                         Chapter 7

Mary Johnson Crooks
aka Mary Johnson Afriyie
8116 North 12th Street
Tampa, FL 33604


_____    Debtor*_____/

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

Pursuant to 11 U. S. C. Section 521(a), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U. S. C. 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the Debtor has complied with the information filing requirements of 11 U. S. C. Section 521(a). Accordingly, it is

**ORDERED**:

1. This case is not subject to automatic dismissal under 11 U.S.C. Section 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that the Debtor has filed all information required by 11 U.S.C. Section 521(a), that party shall file a Motion for Reconsideration not later than twenty–one (21) days from the date of the entry of this Order, and serve such motion on the Trustee, Debtor and Debtor's counsel, if any. The motion should specifically identify the information required by 11 U.S.C. Section 521(a) that the Debtor has failed to file.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on November 15, 2010 .

_____
Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: manel          Page 1 of 1          Date Rcvd: Nov 15, 2010
Case: 10-27130               Form ID: 8comp521     Total Noticed: 11

The following entities were noticed by first class mail on Nov 17, 2010.
db          +Mary Johnson Crooks,   8116 North 12th Street,   Tampa, FL 33604-3224
19417998    +AR Resources,   PO Box 1056,   Blue Bell, PA 19422-0287
19418000    +Capital One Bank USA NA,   PO Box 71083,   Charlotte, NC 28272-1083
19418001    +Cardmember Service,    Chase Card Services,   PO Box 15153,   Wilmington, DE 19886-5153
19418003   ++FINANCIAL CREDIT SERVICES,   PO BOX 90,   CLEARWATER FL 33757-0090
             (address filed with court:  Financial Credit Services,   Po Box 90,   Clearwater, FL 33757)
19418007    +Home Depot Credit Services,   Po Box 653000,   Dallas, TX 75265-3000
19418008    +Saxon,   PO Box 161489,   Fort Worth, TX 76161-1489
19418009    +Southeast Toyota Finance,   PO Box 70831,   Charlotte, NC 28272-0831

The following entities were noticed by electronic transmission on Nov 16, 2010.
19418002    +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2010 02:02:58    Care Credit,   PO Box 960061,
             Orlando, FL 32896-0061
19418006    +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2010 02:02:58    GE Money Bank,   PO Box 960061,
             Orlando, FL 32896-0061
19418010    +E-mail/Text: cbobankruptcy@baycare.org                St. Joseph Hospital,
             PO Box 403600,   Atlanta, GA 30384-3600
                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19417999*   +AR Resources Inc,   PO Box 1056,   Blue Bell, PA 19422-0287
19418004*  ++FINANCIAL CREDIT SERVICES,   PO BOX 90,   CLEARWATER FL 33757-0090
             (address filed with court:  Financial Credit Services,   Po Box 90,   Clearwater, FL 33757)
19418005*  ++FINANCIAL CREDIT SERVICES,   PO BOX 90,   CLEARWATER FL 33757-0090
             (address filed with court:  Financial Credit Services,   Po Box 90,   Clearwater, FL 33757)
                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2010**                    **Signature:**    *Joseph Speetjens*