**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In Re:

MARY CROOKS                             CHAPTER 7

                                        CASE NO.   10-27130

    Debtor.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, the firm of TRIPP SCOTT P.A. and files this Notice of Appearance as counsel of record for VT Inc, as Trustee of World Omni LT, a creditor in the above-styled cause, and requests:

1. That the firm be added to the Matrix as:

    VT Inc, as Trustee of World Omni LT
    c/o Matthew H. Scott, Esq.
    TRIPP SCOTT, PA
    110 SE 6th Street, 15th Floor
    Fort Lauderdale, FL 33301

2. That the firm be provided copies of all pleadings filed herein.

    TRIPP SCOTT P.A.
    110 SE 6TH Street, 15th Floor
    Fort Lauderdale, FL 33301
    Tel: 954-525-7500
    Fax: 954-762-2502
    mhs@trippscott.com
    bankruptcynoticecenter@trippscott.com

    */s/ Matthew H. Scott, Esquire*
    Matthew H. Scott, Esquire
    Fla. Bar No.:  0057147

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was filed and provide by U.S 1st Class or electronic mail to MARY CROOKS, 8116 N 12TH ST TAMPA, FL 336040000; c/o Lawrence Lempert P.A., 1601 West Sligh Avenue, Tampa, FL 33604; Susan Woodward, Trustee, P.O. Box 7828, Saint Petersburg, FL 33734 on this **22nd** day of **December, 2010**.

    */s/ Matthew H. Scott, Esquire*
    Mathew H. Scott, Esquire