**[7nfmtam]** [Notice of Requirement to File Statement of Completion of Financial Management – Ch 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                              Case No. 8:10−bk−27130−CED
                                                                    Chapter 7

Mary Johnson Crooks
aka Mary Johnson Afriyie
8116 North 12th Street
Tampa, FL 33604




_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION
OF COURSE IN PERSONAL FINANCIAL MANAGEMENT**

   In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. §§ 111. The Debtor has not filed a Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23).

   YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

   Dated:  January 27, 2011

                                   FOR THE COURT
                                   Lee Ann Bennett , Clerk of Court
                                   Sam M. Gibbons United States Courthouse
                                   801 North Florida Avenue, Suite 555
                                   Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee

Official Form 23 (12/10)

# United States Bankruptcy Court
## Middle District Of Florida

In re:                                                           Case No. 8:10−bk−27130−CED
                                                                      Chapter 7

Mary Johnson Crooks
aka Mary Johnson Afriyie
8116 North 12th Street
Tampa, FL 33604

_____Debtor(s)_____/

**DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7, chapter 11 in which §§ 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

\_\_\_ I, _____, the debtor in the above−styled case,
(Printed Name of Debtor)
hereby certify that on _____ (Date), I completed an instructional course in personal financial management provided by _____, an approved personal
                                                                                                 (Name of Provider)
financial management provider.

          Certificate No. :_____.

\_\_\_ I, _____, the debtor in the above−styled case,
(Printed Name of Debtor)
hereby certify that no personal financial management course is required because of
*[Check the appropriate box.]*:
       \_\_\_ Incapacity or disability, as defined in 11 U.S.C. §§ 109(h);
       \_\_\_ Active military duty in a military combat zone; or
       \_\_\_ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date: _____

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under §§ 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under §§ 1141(d)(5)(B) or §§ 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

# CERTIFICATE OF NOTICE

```
District/off: 113A-8         User: admin              Page 1 of 1           Date Rcvd: Jan 28, 2011
Case: 10-27130               Form ID: 7nfmtam         Total Noticed: 1

The following entities were noticed by first class mail on Jan 30, 2011.
db           +Mary Johnson Crooks,   8116 North 12th Street,    Tampa, FL 33604-3224
The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2011**            **Signature:**            *Joseph Speetjens*