Certificate Number: 15111-FLM-DE-013918869

Bankruptcy Case Number: 10-27130



15111-FLM-DE-013918869

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2011, at 11:46 o'clock AM EST, Mary Johnson-Crooks completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: February 18, 2011  By: /s/Keith Bukowski

Name: Keith Bukowski

Title: Teacher