Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. **8:10–bk–27130–CED**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mary Johnson Crooks
  aka Mary Johnson Afriyie
  8116 North 12th Street
  Tampa, FL 33604

Social Security No.:
  xxx–xx–5778

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

*Caryl E. Delano*
_____

Dated: February 22, 2011

Caryl E. Delano
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: knoxk                 Page 1 of 1                  Date Rcvd: Feb 22, 2011
Case: 10-27130                Form ID: B18                Total Noticed: 13

The following entities were noticed by first class mail on Feb 24, 2011.
db           +Mary Johnson Crooks,    8116 North 12th Street,    Tampa, FL 33604-3224
19417998     +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
19418003    ++FINANCIAL CREDIT SERVICES,    PO BOX 90,    CLEARWATER FL 33757-0090
             (address filed with court:    Financial Credit Services,     Po Box 90,    Clearwater, FL 33757)
19418007     +Home Depot Credit Services,    Po Box 653000,    Dallas, TX 75265-3000
19418008     +Saxon,    PO Box 161489,   Fort Worth, TX 76161-1489
19418009     +Southeast Toyota Finance,    PO Box 70831,    Charlotte, NC 28272-0831
19695842     +VT Inc As Trustee For World Omni LT,     For SE Toyota,    Matthew H. Scott, Esquire,
              110 SE 6th Street, 15th Flr,    Fort Lauderdale, FL 33301-5004

The following entities were noticed by electronic transmission on Feb 22, 2011.
tr            EDI: QSKWOODARD.COM Feb 22 2011 23:13:00      Susan K. Woodard,    Trustee,    PO Box 7828,
              St. Petersburg, FL   33734-7828
19418000     +EDI: CAPITALONE.COM Feb 22 2011 23:13:00      Capital One Bank USA NA,    PO Box 71083,
              Charlotte, NC 28272-1083
19418001     +EDI: CHASE.COM Feb 22 2011 23:13:00      Cardmember Service,    Chase Card Services,    PO Box 15153,
              Wilmington, DE 19886-5153
19418002     +EDI: RMSC.COM Feb 22 2011 23:13:00      Care Credit,    PO Box 960061,    Orlando, FL 32896-0061
19418006     +EDI: RMSC.COM Feb 22 2011 23:13:00      GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
19418010     +E-mail/Text: cbobankruptcy@baycare.org                             St. Joseph Hospital,
              PO Box 403600,    Atlanta, GA 30384-3600
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +VT Inc As Trustee For World Omni LT,     For SE Toyota,    Matthew H. Scott, Esquire,
              110 SE 6th Street, 15th Flr,    Fort Lauderdale, FL 33301-5004
19417999*    +AR Resources Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
19418004*   ++FINANCIAL CREDIT SERVICES,    PO BOX 90,    CLEARWATER FL 33757-0090
             (address filed with court:    Financial Credit Services,     Po Box 90,    Clearwater, FL 33757)
19418005*   ++FINANCIAL CREDIT SERVICES,    PO BOX 90,    CLEARWATER FL 33757-0090
             (address filed with court:    Financial Credit Services,     Po Box 90,    Clearwater, FL 33757)
                                                                                  TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2011**                        **Signature:** _Joseph Speetjens_