[87fd] [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10−bk−27130−CED
Chapter 7

Mary Johnson Crooks
aka Mary Johnson Afriyie
8116 North 12th Street
Tampa, FL 33604

_____Debtor*_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− Susan K. Woodard is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on February 23, 2011 .

*(signature)*
_____
Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

*Set forth all names, including trade names, used by the debtor within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: knoxk              Page 1 of 1           Date Rcvd: Feb 23, 2011
Case: 10-27130                Form ID: 87fd            Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 25, 2011.
db           +Mary Johnson Crooks,    8116 North 12th Street,    Tampa, FL 33604-3224

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                    **Signature:**   *Joseph Speetjens*